IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                  CASE NO. 1:02-cr-00034-MP

SHAWN EDWARD SIEFER,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 40, First Motion for Early Termination of Probation, filed by Shawn Edward Siefer.  Mr. Siefer's probation was transferred on June 7, 2005, however, and jurisdiction was accepted by the United States District Court for the District of Massachusetts on July 13, 2005.  (see nunc pro tunc order at doc. 42).  Accordingly, the motion at doc. 40 is denied, and Mr. Siefer is advised to file such motion with the United States District Court for the District of Massachusetts.

    **DONE AND ORDERED** this   *23rd* day of January, 2006

                                      *s/Maurice M. Paul*
                                    Maurice M. Paul, Senior District Judge